**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Sprint Spectrum, L.P., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Brian Moline, Robert Krehbiel and Michael )<br>Moffet, in their Official Capacities as the )<br>Commissioners of the Kansas Corporation )<br>Commission, )<br>)<br>Defendants. )<br>) | No. 2:07-cv-2130-KHV-JPO |

**STIPULATION CONCERNING WITHDRAWAL OF CERTAIN MOTIONS, AND
STIPULATION AND JOINT MOTION TO STAY AND REFER THIS PROCEEDING
TO THE FCC UNDER THE DOCTRINE OF PRIMARY JURISDICTION**

Plaintiff Sprint Spectrum, L.P. d/b/a Sprint PCS ("Sprint"), and defendants Brian Moline, Robert Krehbiel and Michael Moffet, in their official capacities as Commissioners of the Kansas Corporation Commission, through their counsel, hereby stipulate and agree, and jointly move, as follows:

1. On April 16, 2007, defendants filed their Motion of Defendants to Dismiss Sprint Spectrum L.P.'s Complaint, or in the Alternative to Refer it to the FCC (Doc. 25), together with a Memorandum in Support (Doc. 26). On April 23, 2007, defendants filed their Motion to File Data Request Response Out of Time (Doc. 27). (Docs. 25 and 27 are hereinafter referred to as "Defendants' Motions")

2. Counsel for the parties have subsequently conferred concerning the relief sought in Defendant's Motions, and have agreed and obtained the agreement of the parties to this action to the matters in this Stipulation.

3. The parties agree and stipulate that this action should be stayed and the matter referred to the Federal Communications Commission ("FCC") under the doctrine of primary jurisdiction, for the reasons set forth in Defendants' Memorandum in Support of Motion to Dismiss. The Parties hereby jointly move that the Court grant this relief.

4. Pending a ruling by the Court on the parties' request to stay this proceeding and refer the matter to the FCC, the parties further agree and stipulate that the portion of Defendants' Motions seeking dismissal of the action shall be and hereby is withdrawn without prejudice, and plaintiff need not respond to it at this time. Similarly, the portion of Defendants' Motions seeking leave to file a data response out of time shall be and hereby is withdrawn without prejudice, and plaintiff need not respond to it at this time. If the Court denies the parties' motion to stay and refer the case to the FCC, then defendants may re-assert the withdrawn motions, and plaintiff shall respond at that time.

So stipulated:

For Plaintiff:

STINSON MORRISON HECKER LLP

/s/ Mark D. Hinderks
Mark D. Hinderks KS # 11293
12 Corporate Woods
10975 Benson, Suite 550
Overland Park, Kansas 66210-2008
Telephone: (913) 344-6706
Facsimile: (913) 344-6794
mhinderks@stinson.com

and

                Matthew A. Slaven (MN 288226)
                BRIGGS AND MORGAN, P.A.
                2200 IDS Center
                Minneapolis, Minnesota  55402-2157
                Telephone:  (612) 977-8400
                Facsimile:  (612) 977-8650
                mslaven@briggs.com

                ATTORNEYS FOR PLAINTIFF
                SPRINT SPECTRUM, L.P.

For Defendants:

/s/ Eva Powers [authorization by email]
Eva Powers, S.Ct. # 09300
Kansas Corporation Commission
Assistant General Counsel
1500 SW Arrowhead Road
Topeka, Kansas 66604
Telephone: (785) 271-3173
Facsimile: (785) 271-3167
e.powers@kcc.state.ks.us

ATTORNEY FOR DEFENDANTS

3